UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAETHE G. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. ___1:17-cv-445___ |
| | § | |
| WASHINGTON NATIONAL | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## WASHINGTON NATIONAL INSURANCE COMPANY'S
## INDEX OF STATE COURT MATTERS

| | **State Court Document** | **Date Filed** |
|---|---|---|
| 1. | Travis County Docket Sheet | N/A |
| 2. | Citation | 04/17/2017 |
| 3. | Plaintiff's Original Petition & Request for Disclosure (as served on Washington National Insurance Company) | 04/17/2017 |
| 4. | Executed Service | 04/24/2017 |

EXHIBIT A

Dated: May __12__, 2017

Respectfully submitted,

By: ___s/ Nicole H. Muñoz_____

      Andrew G. Jubinsky
      Texas Bar No. 11043000
      andy.jubinsky@figdav.com
      Nicole H. Muñoz
      State Bar No. 24098153
      nicole.munoz@figdav.com

**FIGARI &DAVENPORT, L.L.P.**
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR WASHINGTON NATIONAL
INSURANCE COMPANY

<u>**CERTIFICATE OF SERVICE**</u>

    This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on May __12__, 2017:

    Matthew J. Riley
    John P. Cowart
    SHAW COWART, LLP
    1609 Shoal Creek Boulevard
    Suite 100
    Austin, TX 78701

    ATTORNEYS FOR PLAINTIFF

        s/ Nicole H. Muñoz
      _____
      Nicole H. Muñoz

EXHIBIT A

(/)

## DISTRICT CLERK

About (/district-clerk/about)

Online Case Information (/district-clerk/online-case-information)

Online Payment (/district-clerk/online-payments)

Jury Duty (/district-clerk/jury-duty)

Information & Resources (/district-clerk/resources)

Passport Information (/district-clerk/passport)

Attorney Access to Records Online (/district-clerk/public-access)

E-Filing (/district-clerk/efiling)

Contact Information (/district-clerk/contact)

## IN THE NEWS



(/district-clerk/online-case-information)

Online Case Information (/district-clerk/online-case-information)



(/district-clerk/online-payments)

You are here:  Home (/)  ▶  District Clerk (/district-clerk)  ▶  Online Case Information

# Online Case Information

## Details

**Updated : Wednesday, May 10, 2017 5:14:20 AM**

New Search (/OnlineCaseInformationWeb/)

Request Documents (/OnlineCaseInformationWeb/Content/record_search_fillable.pdf)

| | |
|---:|---|
| **Cause Number** | D-1-GN-17-001688 |
| **Case Status** | PENDING |
| **Style** | JOHNSON V WASHINGTON NATIONAL |
| **Filed Date** | 4/17/2017 |
| **Hearing Date** | -- |

| Attorney | Type | Full/Business Name | First Name | Middl |
|---|---|---|---|---|
| | DEFENDANT | WASHINGTON NATIONAL INSURANCE COMPANY | | |
| RILEY MATTHEW JOSEPH | PLAINTIFF | | KAETHE | G |

| Event Date | Party Type | Description |
|---|---|---|
| 4/24/2017 | DF | EXECUTED SERVICE |
| 4/17/2017 | DF | ISS:CITATION |
| 4/17/2017 | PL | ORIGINAL PETITION/APPLICATION |

New Search (/OnlineCaseInformationWeb/)

**EXHIBIT A**

```
          C I T A T I O N
T H E   S T A T E   O F   T E X A S
```

**CAUSE NO. D-1-GN-17-001688**

DELIVERED
4 21 17
By: M. T. Sectres .
Austin Process, LLC

KAETHE G. JOHNSON

    vs.                                                                                  , Plaintiff

WASHINGTON NATIONAL INSURANCE COMPANY

                                                         , Defendant

TO:  WASHINGTON NATIONAL INSURANCE COMPANY
     BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY
     211 EAST 7TH STREET, STE. 620
     AUSTIN, TEXAS 78701-3218

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u> of the <u>PLAINTIFF</u> in the above styled and numbered cause, which was filed on <u>APRIL 17, 2017</u> in the <u>250TH JUDICIAL DISTRICT COURT</u> of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, <u>April 17, 2017</u>.

REQUESTED BY:
MATTHEW J. RILEY
1609 SHOAL CREEK BLVD., STE. 100
AUSTIN, TX 78701
BUSINESS PHONE:(512)499-8900  FAX:(512)320-8906

Velva L. Price
**Travis County District Clerk**
**Travis County Courthouse**
**1000 Guadalupe, P.O. Box 679003 (78767)**
**Austin, TX 78701**
PREPARED BY: CARRISA ESCALANTE

```
-- - -- - -- - -- - -- - -- - R E T U R N -- - -- - -- - -- - -- - --
```

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____ , each

in person, a true copy of this citation together with the <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST</u>

<u>FOR DISCLOSURE</u> accompanying pleading, having first attached such copy of such citation to such copy

of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

                                                  _____
                                                  Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the

_____ day of _____, _____.          By:_____

                                                    Printed Name of Server

_____                           _____ County, Texas
Notary Public, THE STATE OF TEXAS

D-1-GN-17-001688                             SERVICE FEE NOT PAID              P01 - 000050726
☐ Original      ☐ Service Copy

# EXHIBIT A

4/17/2017 3:28:55 PM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-17-001688**
**Carrisa Escalante**

CAUSE NO. **D-1-GN-17-001688**

| | | |
|---|---|---|
| KAETHE G. JOHNSON | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| WASHINGTON NATIONAL | § | |
| INSURANCE COMPANY | § | |
| Defendant | § | **250TH** JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Plaintiff, Kaethe G. Johnson, files this original petition against Defendant, Washington National Insurance Company ("Washington National"), and alleges as follows:

### DISCOVERY-CONTROL PLAN

1.    Plaintiff intends to conduct discovery under Level 3 of Rule 190 of the Texas Rules of Civil Procedure and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $100,000. Therefore, Plaintiff will ask the court to order that discovery be conducted in accordance with a discovery control plan tailored to the particular circumstances of this suit.

### CLAIM FOR RELIEF

2.    Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000.

### PARTIES

3.    Plaintiff, Kaethe G. Johnson, is an individual residing in Travis County, Texas.

4.    Defendant, Washington National Insurance Company, is an insurance company organized under the laws of the State of Indiana, and authorized to engage in the insurance business in Texas. Defendant may be served with process by serving its Registered Agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

EXHIBIT A

## VENUE

5.      Venue is proper in Travis County under Texas Civil Practice & Remedies Code section 15.002 because all or a substantial part of the events or omissions giving rise to the claim occurred in Travis County, Texas.

## FACTS

6.      On February 21, 2002, Plaintiff Kaethe Johnson entered into a long-term care insurance policy with Defendant Washington National Insurance Company.  In September of 2016, while Plaintiff was receiving long-term care benefits under the terms of the contract, Defendant suddenly denied coverage.  Somewhat surprisingly, the stated reason for denying coverage goes back to a late payment from over three (3) years earlier, when Plaintiff was late on one payment.  However, that issue was corrected back in 2013, shortly after it happened.  Defendant's attempts to bring this late payment up now, over three years later – are disappointing and inconsistent with the policy and the actions and representations of the Defendant.

7.      The first page of the insurance contract at issue plainly states, "This policy is guaranteed renewable for your lifetime.  We cannot cancel this Policy as long as you pay the premiums, and you have not exhausted your Benefit Account Value."  Plaintiff has paid her premiums, and has not exhausted her Benefit Account Value.  She is, therefore, entitled to benefits.

8.      From March 27, 2016, to April 20, 2016, Plaintiff went three weeks without continuous care, as she moved to a new city and sought out a new care provider.  During this time, no bills or invoices were sent to Plaintiff and no demand for premium payment was made.

9.      Plaintiff was back into a continuous care condition by April 20, 2016.  Per the policy, Plaintiff does not owe premiums while under continuous care and receiving claim benefits.  Further, the policy states on page 12 that "when a claim is paid, any premium due and unpaid

EXHIBIT A

may be deducted from the claim payment." Thus, if Plaintiff did owe a premium payment for the three weeks she went without care, that premium should have just been deducted from the next claim payment. There, again, is no justification for canceling the policy.

10.    Additionally, the policy calls for a 65-day grace period for late premium payments, and requires that Defendant provide written notice of imminent lapse, at least 30 days before the policy lapses. Defendant did not do this and is therefore in breach of the contract.

## CAUSES OF ACTION

## COUNT 1 – NEGLIGENCE

11.    Defendant had a duty to comply with its contractual terms with regard to written notice, lapse, grace periods, and cancellation of the contract.

12.    Defendant breached that duty by failing to keep Plaintiff informed, failing to provide written notice, and attempting to cancel the contract in a manner inconsistent with the contract.

13.    Defendant's breach was the proximate cause of Plaintiff's damages, which include loss of policy proceeds and emotional stress and mental anguish.

## COUNT 2 – BREACH OF CONTRACT

14.    The insurance policy constituted a contract between the parties that represented the terms and conditions under which each party was to perform. Defendant breached the contract by not paying Plaintiff's claim as beneficiary despite the fact that all premiums were paid and all of Plaintiff's contractual obligations had been complied with. As a direct and proximate result of Defendant's contractual breach, Plaintiff has suffered damages within the jurisdictional limits of this Court.

EXHIBIT A

## COUNT 3 – BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING: BANNER LIFE

15.    Defendant's conduct constitutes a breach of the common law duty of good faith and fair dealing owed to insured parties in insurance contracts.

16.    Defendant had a duty to deal fairly and in good faith with Plaintiff in processing and determining her claim.   Defendant breached this duty by refusing to properly investigate the claim and by wrongfully denying Plaintiff's claim as a beneficiary of insurance proceeds. Defendant knew or should have known there was no reasonable basis for denying the claim.   As a proximate result of Defendant's breach of these legal duties, Plaintiff has suffered economic damages and damages for loss of benefits under the policy within the jurisdictional limits of this Court.   Additionally, Plaintiff suffered injury independent of the loss of policy benefits, and that injury resulted from Defendant's gross negligence, malice, or actual fraud, which entitles Plaintiff to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a).

## COUNT 4 – VIOLATION OF TEXAS INSURANCE CODE § 541.060 AND §541.061

17.    Plaintiff is a person as defined by Texas Insurance Code § 541.002(2).

18.    Defendant is a person as defined by Texas Insurance Code § 541.002(2).

19.    Defendant engaged in acts or practices that violated;

    (A)    Texas Insurance Code Chapter 541, subchapter B; and

    (B)    Texas Business & Commerce Code § 17.46(b), and the Plaintiff relied on the acts or practices to her detriment.

20.    Defendant's acts or practices were a producing cause of actual damages to Plaintiff.

21.    Defendant misrepresented the terms of the insurance policy by making an untrue statement of material fact, in violation of Texas Insurance Code § 541.060(a)(1).

**EXHIBIT A**

22.     Defendant misrepresented the terms of the insurance policy by making an untrue statement of material fact, in violation of Texas Insurance Code § 541.061(1).

23.     Defendant misrepresented the terms of the insurance policy by failing to state a material fact that is necessary to make other statements made not misleading, in violation of Texas Insurance Code § 541.061(2).

24.     Defendant misrepresented the terms of the insurance policy by making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of material fact, in violation of Texas Insurance Code § 541.061(3).

25.     Defendant knowingly committed the foregoing acts, with actual knowledge of the falsity, unfairness, or deception of the foregoing acts and practices in violation of Texas Insurance Code § 541.002(1).  Defendant's violations of the Texas Insurance Code were a producing and/or proximate cause of Plaintiff's legal damages, including economic damages, and additional damages allowed by law.

## COUNT 5 – VIOLATION OF THE DECEPTIVE TRADE PRACTICES ACT

26.     Plaintiff is a consumer under the DTPA.

27.     Defendant is an insurance company engaged in the business of insurance and can be sued under the DTPA.

28.     Defendant violated the DTPA when Defendant used or employed acts or practices in violation of Texas Insurance Code Chapter 541 and Texas Business & Commerce Code § 17.46(b)(5), (7) and (14).  Defendant's violations of the Deceptive Trade Practices Act were a producing and/or proximate cause of Plaintiff's damages, including economic damages, and additional damages as allowed by law.

EXHIBIT A

## COUNT 6 – VIOLATIONS OF TEXAS INSURANCE CODE CHAPTER 542 ("PROMPT PAYMENT OF CLAIMS ACT")

29.    Plaintiff had a claim under an insurance policy.

30.    Plaintiff gave proper notice of its claim to the insurer, Defendant herein.

31.    Defendant is liable for the claim.

32.    Defendant violated Chapter 542 of the Texas Insurance Code by not timely:

    (A)    acknowledging, investigating, or requesting information about the claim;

    (B)    accepting, rejecting, or extending time to decide the claim; and

    (C)    paying the claim.

33.    Defendant failed to properly investigate Plaintiff's claim by the time period required under the Act and then wrongfully rejected Plaintiff's claim.  By failing to pay a valid claim within sixty (60) days of receiving all items requested from Plaintiff, Defendant is liable to Plaintiff for the original claims.  Pursuant to Chapter 542.060 of the Texas Insurance Code, Plaintiff is further entitled to recover statutory damages on the amount that should have been paid under the original claim in the amount of 18% of the full amount awarded to Plaintiff at the trial of this case.

### COUNT 7 – FRAUD

34.    Defendant is liable to Plaintiff for common law fraud.

35.    Defendant represented to Plaintiff that Plaintiff had a valid and active insurance policy and contract.  The statements were made with the intention that they should be acted upon by Plaintiff, who in turn acted in reliance upon the statements, thereby causing Plaintiff to suffer injury and constituting common law fraud.

36.    Each of the representations concerned material facts, which Defendant knew was false or made recklessly without any knowledge of the truth as a positive assertion.

EXHIBIT A

## DAMAGES

37.     Plaintiff would show that all of the aforementioned acts, taken together or singularly, constitute the producing causes of the damages sustained by Plaintiff.

38.     For negligence, Plaintiff is entitled to actual damages for the loss of policy proceeds and damages for emotional stress and mental anguish.

39.     For breach of contract, Plaintiff is entitled to regain the benefit of the bargain, which is the amount of her claim, together with attorney fees.

40.     For breach of duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from the insurer's breach of duty, such as additional costs, economic hardship, losses due to nonpayment of the amount the insurer owed, exemplary damages and damages for emotional distress.  Additionally, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from Defendant's conduct.

41.     For noncompliance with the Texas Insurance Code Chapter 541, Plaintiff is entitled to actual damages, which include the loss of the benefits that should have been paid pursuant to the policy, mental anguish, court costs and attorney's fees.  For knowing conduct of the acts complained of, Plaintiff requests three times her actual damages.  Texas Insurance Code § 541.152.

42.     For violation of the DTPA, Plaintiff is entitled to economic damages, and, mental anguish damages, court costs and attorney's fees.  Plaintiff requests three times her actual damages. Texas Insurance Code § 541.152 and Texas Business & Commerce Code § 17.50.

43.     For noncompliance with Texas Insurance Code Chapter 542, Prompt Payment of Claims, Plaintiff is entitled to the amount of her claim, as well as eighteen (18) percent interest per

EXHIBIT A

annum of the amount of such claim as damages, together with attorney's fees.  Texas Insurance Code § 542.060(a).

44.     For fraud, Plaintiff is entitled to recover actual damages and exemplary damages for knowing fraudulent and malicious representations, along with attorney's fees, interest and court costs.

## KNOWLEDGE

45.     Each of the acts described above, together and singularly, was done "knowingly" as that term is used in the Texas Insurance Code § 541.002(1) and was a producing cause of Plaintiff's damages described herein.

## ATTORNEY'S FEES

46.     Defendant's conduct, as described in this Petition, has necessitated the employment by Plaintiff of the undersigned attorney.  Plaintiff is entitled to recover a reasonable sum for the necessary services of Plaintiff's attorney in the preparation of trial of this action, including any appeals to the Court of Appeals or the Texas Supreme Court.

## JURY DEMAND

47.     Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## REQUEST FOR DISCLOSURE

48.     Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

## PRAYER

49.     For these reasons, Plaintiff asks that the Court issue citation for Defendant to appear and answer, and that Plaintiff be awarded a judgment against Defendant for the following:

    a.     Actual damages.

EXHIBIT A

b.    Treble damages.

c.    Exemplary damages.

d.    Prejudgment and postjudgment interest.

e.    Court costs.

f.    Attorney fees.

g.    All other relief to which Plaintiff is entitled.

Respectfully submitted,

SHAW COWART, LLP

_/s/ Matthew J. Riley_
MATTHEW J. RILEY
Texas Bar No. 24070500
mriley@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Ste. 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

ATTORNEYS FOR PLAINTIFF

Plaintiff respectfully requests a trial by jury.

EXHIBIT A

THE **LAWYER REFERRAL SERVICE** OF CENTRAL TEXAS
*A Non-Profit Corporation*

---

## IF YOU NEED A LAWYER
## AND DON'T KNOW ONE,
## THE LAWYER REFERRAL SERVICE
## CAN HELP

### 512-472-8303
**866-303-8303 (toll free)**
**www.AustinLRS.com**

**Weekdays 8:00 am to 4:30 pm**
**$20.00 for first half hour attorney consultation**
**(free consultations for personal injury, malpractice, worker's compensation,**
**bankruptcy, and social security disability)**

This service is certified as a lawyer referral service as required by the State of Texas
under Chapter 952, Occupations Code. Certificate No. 9303

---

## SI USTED NECESITA EL CONSEJO DE UN
## ABOGADO Y NO CONOCE A NINGUNO
## PUEDE LLAMAR
## A LA REFERENCIA DE ABOGADOS

### 512-472-8303
**866-303-8303 (llame gratis)**
**www.AustinLRS.com**

**Abierto de lunes a viernes de 8:00 am-4:30 pm**
**$20.00 por la primera media hora de consulta con un abogado**
**(la consulta es gratis si se trata de daño personal, negligencia,**
**indemnización al trabajador, bancarrota o por incapacidad del Seguro Social)**

This service is certified as a lawyer referral service as required by the State of Texas
under Chapter 952, Occupations Code. Certificate No. 9303

---

EXHIBIT A

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-17-001688**

Filed In The District Court
of Travis County, Texas

APR 2 4 2017 NNR

At ___1:30___ P. M,

Velva L. Price, District Clerk

KAETHE G. JOHNSON

vs.                                                                          , Plaintiff

WASHINGTON NATIONAL INSURANCE COMPANY

, Defendant

TO:  WASHINGTON NATIONAL INSURANCE COMPANY
     BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY
     211 EAST 7TH STREET, STE. 620
     AUSTIN, TEXAS 78701-3218

Defendant, in the above styled and numbered cause:

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written
answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the
expiration of twenty days after you were served this citation and petition, a default judgment may
be taken against you.

Attached is a copy of the <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u> of the <u>PLAINTIFF</u>
in the above styled and numbered cause, which was filed on <u>APRIL 17, 2017</u> in the <u>250TH JUDICIAL
DISTRICT COURT</u> of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, <u>April 17, 2017</u>.

REQUESTED BY:
MATTHEW J. RILEY
1609 SHOAL CREEK BLVD., STE. 100
AUSTIN, TX 78701
BUSINESS PHONE:(512)499-8900  FAX:(512)320-8906

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701
PREPARED BY: CARRISA ESCALANTE

-- - -- - -- - -- - -- - -- R E T U R N -- - -- - -- - -- - -- - -- - --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST
FOR DISCLOSURE</u> accompanying pleading, having first attached such copy of such citation to such copy
of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

                                                    _____
                                                    Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the

                                                    By: _____

_____ day of _____, _____.              Printed Name of Server

_____
Notary Public, THE STATE OF TEXAS                    AUSTIN PROCESS, LLC County, Texas
                                                     809 NUECES
                                                     AUSTIN, TX 78701

D-1-GN-17-001688                     SERVICE FEE NOT PAID              P01 - 000050726
☐ Original    ☐ Service Copy



005156298

EXHIBIT A

## AFFIDAVIT OF SERVICE

State of Texas                   County of Travis                   250th Judicial District Court

Case Number: D-1-GN-17-001688

Plaintiff:
**Kaethe G Johnson**

vs.

Defendant:
**Washington National Insurance Company**

For:
Shaw Cowart, LLP
1609 Shoal Creek
Ste. 100
Austin, TX 78701

Received by Austin Process LLC on the 20th day of April, 2017 at 3:50 pm to be served on **Washington National Insurance Company by serving its registered agent, Corporation Service Company, 211 E 7th St, Ste 620, Austin, Travis County, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **21st day of April, 2017** at **3:30 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Citation and Plaintiff's Original Petition and Request for Disclosure** with the date of service endorsed thereon by me, to: **Sue Vertrees, Corporation Service Company** as **Authorized Agent** at the address of: **211 E.7th Street, Ste. 620, Austin, Travis County, TX 78701** on behalf of **Washington National Insurance Company**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered.  The facts stated in this affadivit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 21st day
of April 2017 by the affiant who is personally known
to me

NOTARY PUBLIC

NICOLE M. HYBNER
My Notary ID # 129086987
Expires August 9, 2020

Mike Techow
SCH-1215, Exp. 7/31/17

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2017003412
Ref: Johnson v Washington National Insurance

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAETHE G. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. _____ |
| | § | |
| WASHINGTON NATIONAL | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### *AFFIDAVIT OF KIMBERLY MARTIN*

**KIMBERLY MARTIN** ("Affiant"), being first duly sworn upon her oath, deposes and states:

1.      Affiant is an adult fully competent to testify and makes this Affidavit on personal knowledge.

2.      Affiant is the Supervisor, Business Integrity Unit, for CNO Services, LLC in Chicago, Illinois.

3.      In such capacity, Affiant performs services for Washington National Insurance Company ("Washington National") related to its insurance operations, and she is familiar with Washington National's insurance policies, administration of insurance policies, and business and record-keeping practices.

4.      On or about April 16, 2002, a predecessor of Washington National issued Federal Qualified Long Term Care Insurance Policy, number *****2611 (the "Policy"), to Kaethe G. Johnson ("Plaintiff").

# EXHIBIT B

5.    On the Application for the Policy signed by Plaintiff on March 11, 2002 (the "Application"), San Antonio, Bexar County, Texas, are listed as the City, County and State of Plaintiff's address. A true and accurate copy of the Application is attached hereto as Exhibit 1[1].

Further Affiant sayeth naught.

**I AFFIRM UNDER PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE TO THE BEST OF MY KNOWLEDGE.**

Date: May 5 , 2017

KIMBERLY MARTIN

STATE OF ILLINOIS    )
                     )    SS:
COUNTY OF COOK       )

Before me, a Notary Public in and for said County and State appeared Kimberly Martin this _____ day of May, 2017, as the duly authorized representative of Washington National Insurance Company, who, being first duly sworn upon her oath, acknowledged the signature on the above and foregoing *Affidavit of Kimberly Martin* to be her free and voluntary act and that the statements therein are true to the best of her knowledge.

My Commission Expires:

2/8/20

Notary Public

Printed Name: EDWARD J. McNAMARA

My County of Residence:

KANE

OFFICIAL SEAL
EDWARD J MCNAMARA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/08/20

---

[1]  Exhibit 1 is redacted for HIPAA and privacy reasons.

AFFIDAVIT OF KIMBERLY MARTIN                                          PAGE 2

**EXHIBIT B**

# EXHIBIT 1

CONSECO.

**Application for Insurance to Conseco Health Insurance Company, Phoenix, Arizona**
Administrative Office:  11815 N. Pennsylvania Street, Carmel, IN  46032  Phone No. 1- 800-541-2254

| ADMIN USE ONLY | POLICY NUMBER | EFFECTIVE DATE | WRITING AGENT | AGENCY # |
|---|---|---|---|---|

X  New Application for coverage  ____  Changes to existing coverage - Policy # _____  ____ Reinstatement

**PART I**

| Policy Form | Daily Benefit | Benefit Factor | | Elimination Period | | HHC |
|---|---|---|---|---|---|---|
| X  LTC | $  100.00 | ___365 days | X 1460 days | X 20 days | ___180 days | ___50% |
| ___ NH | min -$50 max -$250 | ___730 days | ___1825 days | ___60 days | ___365 days | ___75% |
|  | **Requested Eff  Date** | ___1095 days | ___Life | ___100 days |  | X 100% |

| Optional Refund of Premium Riders· | Optional Benefit Increase Riders: | Other Optional Riders |
|---|---|---|
| ____ROP – Survivor* | ___ 5% Compound Lifetime | ___Helping Hands Benefit (LTC only) |
| ✓ ____ROP – Standard* | ___ 5% Compound 10-year | ___Non-Forfeiture Benefit* |
| _____ROP – Graded* | ___ 5% Simple Lifetime | ___Restoration of Benefits |
|  | ___ 5% Simple 10-year | ___Spousal Shared Benefit |

RECEIVED
MAR 2 1 2002
NEW BUSINESS

*Note. the Refund of Premium rider and the Non-Forfeiture rider may not be selected together

Does Sponsored-Group Discount apply?   _____Yes  ___No
If YES, list group name _____    Code Number _____

| Estimated Premium | Discounts | Amount Collected | Companion Application |
|---|---|---|---|
| Annual  $3580 | Check One | $ 895.00 | Name _____ |
| Mode Selected  Quarterly | ___Standard Spousal (10%) |  | SSN _____ |
| Modal Premium  $ 895 00 | ___Multi-Insured (10%) |  |  |
|  | ___Multi-Insured Spousal (20%) |  |  |
|  | ___None |  |  |

**PART II**

| Applicants Name  Last | First | MI | Height | Weight | Sex | Birthdate Mo Day Yr | Age Last Birthday |
|---|---|---|---|---|---|---|---|
| JOHNSON | Kaethe | G | 5 5 | 210 | F | ▓▓▓ | 75 |

Address ▓▓▓  City San Antonio  County Bexar  State & Zip Code Texas 78247

Billing Address (If Different) ▓  E-mail Address

Day Telephone Number ▓  Best Time to call  any time  Social Security Number ▓

Evening Number ▓  Best Time to call  any time  Marital Status ___Married  ✓Single  ___Other

Occupation (if retired, former Occupation) Retired Housewife  Date Retired _____

With whom do you live? _____  Relationship _____  Length of time residing together _____

EXHIBIT B -1

**PART III**

**Election/Rejection of Inflation Protection and Non-Forfeiture Benefits:**

I have reviewed the outline of coverage and the graph that compares the benefits and premiums of the Policy with and without inflation protection. I realize that based on current health care cost trends, the benefits provided by a long term care plan which does not have meaningful inflation protection may be significantly diminished in terms of real value to me, depending on the amount of time which elapses between the date I purchase the policy and the date on which I first become eligible to use them. Specifically, I have reviewed Conseco Health's long term care plan.

☑ I reject inflation protection (Optional Benefit Increase Rider)

I have reviewed the outline of coverage and the explanation of the nonforfeiture benefit

☑ I reject the nonforfeiture benefit (Optional Non-Forfeiture Rider)

**Election of Beneficiary:**
Beneficiary _James L Johnson_   Relationship _ex - husband_

**Protection Against Unintended Lapse:** I understand that I have the right to designate at least one person other than myself to receive notice of cancellation of this policy for nonpayment of premiums. I understand that notice to my designee (which I can change at any time) will not be given until 30 days after a premium is due and unpaid.

☐ I elect NOT to designate a person to receive such notice

☐ I elect to designate the following person to receive such notice

Name _James L Johnson_  Address ███████████████ _San Marcos, TX 78666_  Relationship _ex-husband_

**PART IV**

1   Do you have another Long Term Care, Nursing Home, or Home Health Care insurance policy or group certificate in force now or within the past 12 months?
    If so, with which Company?_____
    If that policy lapsed, when did it lapse?_____
2   Do you intend to replace any current medical or health insurance coverage with this policy?
3   If "YES" to 2 above, have you received the required replacement form?
4   Are you currently being covered by a state assistance program (Medicaid)?

**PART V**

1   Have you been medically treated or diagnosed for any of the following conditions: Alzheimer's disease, dementia or senility, Parkinson's disease, or any brain disease or disorder?
2   Have you been medically treated or diagnosed with kidney disease requiring dialysis, Cirrhosis of the liver, Acquired Immune Deficiency Syndrome (AIDS), Human Immunodeficiency Virus (HIV) or AIDS Related Complex (ARC)?
3   Have you been medically treated or diagnosed with multiple sclerosis, paraplegia or quadriplegia, amputations due to a medical condition?
4   Within the past 12 months, have you received Home Health Care, used an Adult Day Care Facility, been confined or advised to enter a Nursing Home, Assisted Living Facility, or any other similar facility?
5.  Do you require assistance or supervision or are you limited, in any way, in performing any of the following activities: eating, dressing, bathing, toileting, transferring to or from a bed or chair, walking, or do you use a wheelchair or walker, or are you bedridden?
6   Do you use any medical appliance such as a catheter, oxygen equipment, respirator, or a dialysis machine?
7.  Due to any present or past mental or physical disability, is any person or institution currently authorized to act on your behalf?

**If you answered "Yes" to any question in Part V, you are not eligible for coverage. Do not submit this application.**

EXHIBIT B -1

## PART VI

For questions 1 through 4, during the past **5 years** have you been diagnosed or treated by a, Neuro-Psychologist, Ps~~~~~~~
Health Care Practitioner or any other member of the medical profession for any of the following conditions?

**1   Cardiovascular/Circulatory**
  a   Atrial Fibrillation
  b   Chest Pain or Angina
  c   Congestive Heart Failure
  d   Cardiomyopathy
  e   Blood or Bone Marrow Disorder
  f   High Blood Pressure
  g   Heart Disease or Heart Surgery
  h   Vascular or Blood Vessel Disease
  i   Stroke or Transient Ischemic Attack
  j   Circulatory Disorder, Claudication or
      Peripheral Vascular Disease

**2.   Musculoskeletal**
  a   Back or Neck Disorder
  b   Bone, Joint or Muscle Disorder
  c   Fracture
  d   Lupus or other Connective Tissue Dise[...]
  e   Osteoporosis
  f   Arthritis (any type)
  g   Other condition causing crippling or lim[...]
      motion or requires an adaptive device

**3   Mental Nervous**
  a   Alcoholism or Substance Abuse
  b   Depression or Emotional Disorder
  c   Dizziness or Vertigo
  d   Nervous System Disorder

**4   Miscellaneous**
  a.   Seizure Disorder
  b.   Eye, Ear or Throat Disorder
  c   Cancer or Tumor
  d   Diabetes
  e   Disease or Disorder of the Liver
  f   Disorder of Kidney or Urinary
      System
  g   Incontinence
  h   Emphysema or Chronic
      Obstructive Pulmonary Disease
  i   Respiratory Disorder
  j   Amputation
  k   Skin Ulcers
  l   Surgery other than already
      indicated

**5   Within the past 3 years, have you**
  a   Been medically advised that you will need surgery which has not been performed?
  b   Received care in or been advised to enter a nursing care facility, adult day care, hospital, or other
      health care facility?

Please provide details to all "YES" answered questions in Part VI



| Question | Medical Condition | Dates To/From | Treatment | Name/Address/Phone of Health Care Profess[...] |
|----------|-------------------|---------------|-----------|-----------------------------------------------|

## PART VII

**1   Within the past 12 months have you.**

  a   been evaluated by a medical professional, had tests, x-rays, diagnostic studies for which a diagnosis
      has not yet been made?

  b   sought medical advice or treatment for any of the following situations

      Deterioration of vision?                     Loss of appetite?
      Unstable Gait or Imbalance?                  Confusion or Disorientation?
      Numbness or Weakness?                        Fainting?
      Tremors?                                     History of Falling?
      Weight loss of 10 or more pounds?

  c   used any of the following

      Cane?
      Braces for spine or lower extremities?
      Physical or Rehabilitative Services?





EXHIBIT B -1

**PART VII (Continued)**

2  When you walk 4 blocks at a normal pace or climb a flight of stairs, do you experience shortness of breath, dizziness, or leg cramps?

3  Do you require assistance or supervision because you are unable to perform any of the following activities
   a  Finances?
   b  Laundry?
   c  Housework/Cleaning?
   d  Meal Preparation?
   e  Shopping?
   f  Using The Telephone?
   g  Taking Medication?

4  Do you currently drive?
      Any accidents or other violations in the past 2 years?  If "Yes", please provide details
      _____
      If "no" when did driving end and why?_____

5  Do you plan to travel or reside outside the U.S. for any period of time extending beyond 1 year?

6  Have you previously been declined for Long Term Care, Nursing Home or Home Health Care coverage?
   If "Yes", please provide details
   
|  | Date | Company | Coverage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

7  Are you receiving disability income, workers compensation or social security disability benefits?
   If "Yes", please provide details
   _____

8.  **In the past 24 months:**
   a  Have you used tobacco?
   b  Has it been over 24 months since you had a complete physical or checkup with your health care provider?
   c  Have you used a nursing home/assisted living facility or home health care in the past 24 months?

Please provide details to all "YES" answered questions in Part VII

| Question # | Medical Condition | Date To/From | Medications | Name/Address/Phone of Health Care Professional |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

If necessary, use a separate sheet of paper SIGNED AND DATED by the agent and the applicant

**MEDICATIONS.** List any other prescription medication (and dosage) being taken at this time that is not previously listed.

EXHIBIT B -1

Please list below the Name(s), address and phone number(s) for all medical professionals visited in the past 2 years

a) Name ████████████████████████████████████████

   Address ██████████████████████████████████████

   City, State ███████████████████████████████████

   Phone Nu ███████████████████████████████████████

   Condition ██████████████████████████████████████

b) Name ████████████████████████

   Address _____

   City, State, Zip _____

   Phone Number _____

   Condition Treated ████████████████████████

c) Name ████████████████████████

   Address _____

   City, State, Zip _____

   Phone Number _____

   Condition Treated ████████████████████████

d) ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████

EXHIBIT B -1

**AUTHORIZATION**

I have read the answers to the above questions before signing this application. I represent that the answers are correctly written as given by me and are true and complete to the best of my knowledge and belief and that I understand any false statement or misrepresentation in the application may result in loss of coverage under the Policy. I acknowledge that I have received from the agent any required Outline of Coverage or Disclosure Form and Buyer's or Shopper's Guide. I will consent to being contacted by a company representative if necessary.

I understand that Conseco Health Insurance Company, an affiliate of the Company, its reinsurers, any insurance support organizations, and those persons authorized to represent them may need to collect information on me/(us) in regard to proposed coverage. Therefore, I authorize any (1) person licensed to provide health care service, (2) hospital, (3) clinic or other medical facility, (4) insurer, (5) reinsurer, (6) insurance support organizations, including MIB (Medical Information Bureau), (7) veterans organization, (8) financial source, and (9) employer, to give the types of information listed below when this Authorization is presented. The types of information will include facts about my (1) mental and physical health, (2) other insurance coverage, (3) hazardous activities, (4) character and other personal traits, (5) general reputation, (6) mode of living, (7) finances, (8) vocation, (9) drug, alcohol, and/or substance abuse, and (10) Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC) or Human Immunodeficiency Virus (HIV). The Company and its reinsurers will use the information in order to determine whether I am insurable. The Company and the insurance agent, producer, or broker may also use the information to help update and improve my insurance program.

Those parties named in this Authorization, excluding insurance support organizations, may disclose the information that they have collected. They may disclose this information to (1) other insurers to which I have applied or may apply for insurance, (2) reinsurers, (3) the Medical Information Bureau, or (4) other persons who perform business, professional, or insurance tasks for them. They may also disclose information according to any contract with a member company or organization. Information may also be disclosed as allowed or required by law.

This Authorization will be valid for 30 months after the date of signing, and may not be revoked during this time. A copy of this Authorization shall be as valid as the original. I understand I have a right to receive a copy of this Authorization. I acknowledge receipt of a copy of the "Notice of Insurance Information Practices," which includes pre-notification information relating to investigative consumer reports and the Medical Information Bureau, Inc. I understand and agree that this policy may include an administrative remedies provision which, if the Company and I both agree, must be exhausted prior to any other action being taken at law or in equity. The provision provides for arbitration, which may be binding, but only if both parties agree, depending on applicable state and federal law.

**CAUTION. If your answers on this application are incorrect or untrue, the Company may have the right to deny benefits or rescind your policy.**

**Any person who, knowingly and with intent to defraud an insurance company or other person, files an application for insurance or statement of claim which contains any materially false information or, conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and may subject such person to criminal and civil penalties.**

Signed at _San Antonio  TX_ on _3/11/02_
        City and State

X _(signature)_
   Applicant's Signature – Sign legal name in full

Month, Day, Year
**MAR 2 2 2002**

**FOR USE ONLY**

| PLEASE LIST ALL LIKE COVERAGE IN FORCE: | | Type & Amount of Coverage | Effective Date | Currently In Force | Termination Date | (✓)If Being Replaced |
|---|---|---|---|---|---|---|
| Company | Policy # | | | | | |
| | | | | __ Yes __ No | | |
| | | | | __ Yes __ No | | |
| | | | | __ Yes __ No | | |

Which rates did you quote _____Preferred or _____Standard

I have reviewed the current insurance coverage of the applicant and find that additional coverage of the type and amount applied for is appropriate for the needs of the applicant. I certify (a) I have personally seen the applicant, and (b) I have accurately recorded information supplied to me by the applicant at the time the application was made. I further certify that while interviewing the applicant, I fully complied with Conseco Health's "Standards of Ethical Marketing Conduct."

I know nothing about the health history which is not fully set forth in the application

List other health insurance policies sold by you to the applicant within the past 5 years which are no longer in force

_____

List other health insurance policies sold by you to the applicant which are still in force

_____

_(signature)_ _3/11/2002_
Signature of Agent   Month/Day/Year

Printed Name of Agent   Agent Sticker   Code   License #

     6

EXHIBIT B -1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAETHE G. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. _____ |
| | § | |
| WASHINGTON NATIONAL | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### *AFFIDAVIT OF KARL KINDIG*

KARL KINDIG ("Affiant"), being first duly sworn upon his oath, deposes and states:

1.     Affiant is an adult fully competent to testify and makes this Affidavit on personal knowledge.

2.     Affiant is the Senior Vice President and Secretary of Washington National Insurance Company ("Washington National") and is authorized to make this Affidavit on its behalf. Affiant is familiar with the business and operations of Washington National.

3.     Washington National is an Indiana corporation with its principal place of business in Indiana.

Further your Affiant sayeth naught.

**I AFFIRM UNDER PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE TO THE BEST OF MY KNOWLEDGE.**

Date: May __4__, 2017                    _Karl W Kindig_____
                                                        Karl Kindig

---

AFFIDAVIT OF KARL KINDIG                                                    PAGE 1

EXHIBIT C

STATE OF INDIANA          )
                          )     SS:
COUNTY OF HAMILTON        )

Before me, a Notary Public in and for said County and State appeared Karl Kindig this ___4th___ day of May, 2017, being first duly sworn upon his oath, acknowledged the signature on the above and foregoing *Affidavit of Karl Kindig* to be his free and voluntary act and that the statements therein are true to the best of his knowledge.

My Commission Expires:

_May 1, 2024_

My County of Residence:

_Clinton_

Notary Public

Printed Name: _Rita L. Mennen_

_____

AFFIDAVIT OF KARL KINDIG                                    PAGE 2

**EXHIBIT C**