UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAETHE G. JOHNSON, | § § § | |
| Plaintiff, | § | |
| v. | § § | C.A. No. 1:17-cv-00445-RP |
| WASHINGTON NATIONAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by their respective attorneys, hereby stipulate to the dismissal of the above-captioned case, with prejudice. The parties will bear their own attorney's fees and costs.

Dated this 16th day of April, 2018.

/s/ [signature]
John P. Cowart (TX Bar No. 04919500)
Justin W. Fishback (TX Bar No. 24056736)
SHAW COWART, LLP
1609 Shoal Creek Boulevard, Suite 100
Austin, TX 78701
Telephone: 512-499-8900
Facsimile: 512-320-8906
Email: jcowart@shawcowart.com

*Attorneys for Plaintiff,*
*Kaethe G. Johnson*

/s/ Nicole H. Muñoz
Andrew G. Jubinsky (TX Bar No. 11043000)
Nicole H. Muñoz (TX Bar No. 24098153)
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX, 75202
Telephone: 214- 939-2000
Facsimile: 214-939-2090
Email: andy.jubinsky@figdav.com
          nicole.munoz@figdav.com

Steven K. Huffer (admitted *pro hac vice*)
S.K. HUFFER & ASSOCIATES, P.C.
12821 East New Market Street, Suite 250
Carmel, IN 46032
Telephone: 317-564-4808
Facsimile: 317-564-4812
Email: steveh@hufferlaw.com

*Attorneys for Defendant,*
*Washington National Insurance Company*