IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KATHE G. JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-CV-445-RP |
| WASHINGTON NATIONAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, (Dkt. 19). The parties have agreed to dismiss all claims asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing dismissal of an action by stipulation signed by all parties who have appeared).

Accordingly, **IT IS ORDERED** that all claims asserted in this action are **DISMISSED WITH PREJUDICE.** All parties are to bear their own costs and fees. The Clerk's Office is directed to **CLOSE** the case.

**SIGNED** on April 18, 2018.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE